UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-93-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | AMENDING JUDGMENT |
| WILLIAM EMERSON BROWN | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the consent motion for court ordered restitution.

It is hereby ordered that defendant make restitution to the Internal Revenue Service in the amount of $55,975.10. The court finds that the defendant does not have the ability to pay interest; therefore, the interest requirement is waived for restitution. All other aspects of the original judgment dated January 14, 2015, are hereby reaffirmed.

This 5th day of May 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
jh